

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAVID WILCOX,            )
     #1026325         )
                     )
       Plaintiff,     )     3:10-cv-00289-RCJ-RAM
                     )
vs.                   )     **ORDER**
                     )
MICHAEL B. KOEHN, *et al.*,   )
                     )
       Defendants.   )
                    /

        Plaintiff has submitted a *pro se* civil rights complaint.  While plaintiff submitted an application to proceed *in forma pauperis* on the required form, it was incomplete.  Plaintiff failed to file the required Financial Certificate and other required financial documentation.  *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2.  Plaintiff will be granted thirty (30) days to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this Court.  The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

        **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document

1  "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)**

2  days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to

3  proceed *in forma pauperis*, along with all required financial documentation, on the form provided by

4  this Court. Plaintiff's failure to file an application to proceed *in forma pauperis* in compliance with this

5  order may result in the dismissal of his lawsuit without prejudice.

6           DATED: July 26, 2010.

7

8

9                                   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2