

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WILCOX, #1026325 | |
| Plaintiff, | 3:10-cv-00289-RCJ-RAM |
| vs. | **ORDER** |
| MICHAEL B. KOEHN, *et al.*, | |
| Defendants. | |

Plaintiff has submitted a *pro se* civil rights complaint. In response to this court's order, plaintiff has filed a second application to proceed *in forma pauperis*; however, plaintiff failed to file the required financial documentation. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff notes on the Financial Certificate, which is not signed by an authorized officer, that he is no longer incarcerated. Accordingly, plaintiff will be granted thirty (30) days to submit a completed and signed application to proceed *in forma pauperis* on the non-prisoner form provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

/ / /

1  **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for a non-prisoner Application to Proceed *In Forma Pauperis*, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed non-prisoner application to proceed *in forma pauperis*, along with all required financial documentation, on the form provided by this court. Plaintiff's failure to file a non-prisoner application to proceed *in forma pauperis* in compliance with this order may result in the immediate dismissal of this entire action.

DATED: August 9, 2010.

_____
UNITED STATES MAGISTRATE JUDGE