1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID WILCOX,                )
                             )
                             )
      Plaintiff,         )    3:10-cv-00289-RCJ-RAM
                             )
vs.                          )
                             )    **ORDER**
MICHAEL B. KOEHN, *et al.*,  )
                             )
      Defendants.        )
_____/

        Plaintiff has submitted a *pro se* civil rights complaint, but has failed to file a completed application to proceed *in forma pauperis*. On August 10, 2010, pursuant to this court's order, the Clerk sent plaintiff the approved form for a non-prisoner Application to Proceed *In Forma Pauperis*, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*" and directed plaintiff to file his completed application within thirty (30) days (docket #7). The court expressly warned plaintiff that failure to respond to this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

        More than the allotted time has elapsed and plaintiff has not responded to the court's order in any manner. Accordingly, this entire action will be dismissed for failure to comply with the court's order.

        **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for the failure of plaintiff to comply with this court's order to file an application to

proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that the following motions: application for leave to proceed *in forma pauperis* (docket #1), motion for appointment of counsel (docket #3), and application for leave to proceed *in forma pauperis* (docket #6) are all **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE