AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

DAVID WILCOX,

     Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:10-cv-00289-RCJ-RAM**

MICHAEL B. KOEHN, et al.,

     Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE for the failure of plaintiff to comply with the court's order to file a completed and signed application to proceed *in forma pauperis* with required financial documents (Document No. 7).


  October 21, 2010                                  **LANCE S. WILSON**
                                                                     Clerk

                                                                      /s/ Katie Lynn Ogden
                                                                       Deputy Clerk